AO 240A  (Rev. 01/09; NJ 01/14)  Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORETTA THOMAS, et al<br><br>Plaintiff(s),<br><br>v.<br><br>WELLS FARGO BANK, et al<br>Defendant(s). | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br>Civil Action No. 15-871 (JLL) |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915, **IT IS ORDERED** the application is:

☐ **GRANTED**, and

☐ The clerk is ordered to file the complaint,

☐ **IT IS FURTHER ORDERED**, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff(s).  All costs of service shall be advanced by the United States.

☐ **DENIED**, for the following reasons:

☐ **IT IS FURTHER ORDERED**, the clerk is ordered to close the file.  Plaintiff(s) may submit payment in the amount of **$400** within **14** days from the date of this order to reopen the case without further action from the Court.

ENTERED this            day of                , 2015    s/_____
                                                         Signature of Judicial Officer

                                                         Jose L. Linares, USDJ
                                                         Name and Title of Judicial Officer